# UNITED STATES POSTAL SERVICE

# PRIORITY MAIL

PRIORITY MAIL POSTAGE REQUIRED

- Expected delivery date specified for domestic use.
- Most domestic shipments include up to $50 of insurance (restrictions apply).*
- USPS Tracking® included for domestic and many international destinations.
- Limited international insurance.**
- When used internationally, a customs declaration form is required.

*Insurance does not cover certain items. For details regarding claims exclusions see the Domestic Mail Manual at http://pe.usps.com.
** See International Mail Manual at http://pe.usps.com for availability and limitations of coverage.

## MAILING ENVELOPE
FOR DOMESTIC AND INTERNATIONAL USE

To schedule free Package Pickup, scan the QR code.

USPS.COM/PICKUP

## TRACKED ■ INSURED

PS00000000013  EP14 May 2020 OD: 11 5/8 x 15 1/8



Handwritten annotations:
- "This was not mailed by the Prisoner, the facility is not marked. Attempt to defraud"
- "All mail sent from marked"
- "Return Postage Due"
- POSTAGE DUE $5.90
- FROM: Daryl W Michael 234910 LARC 3E21P [scribbled]
- Western District of Oklahoma, OFFICE of the Clerk, 200 NW 4th Street Room 1210, OKC, OK 73102
- "Return to Western District"

RECEIVED JAN 2 5 2021 CARMELITA REEDER SHINN CLERK, U.S. DISTRICT COURT BY ___ DEPUTY

U.S. POSTAGE $1.80 FCM LG ENV 73159 0021 Date of sale 01/19/21 06 2S SSK

USPS FIRST-CLASS MAIL  4.20 oz  0021

(420) 73102

RETURNED FOR POSTAGE

VISIT US AT USPS.COM®
ORDER FREE SUPPLIES ONLINE